**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-640-RJC-DSC**

| | |
|---|---|
| CENTRAL NATIONAL GOTTESMAN INC., a New York Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>NAKOS PAPER PRODUCTS, INC., a North Carolina Corporation, CHRISTOS L. NAKOS, Individually, and LAMBROS C. NAKOS, Individually,<br><br>    Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's unopposed "Motion for Leave to File Amended Complaint" (document #13) filed March 7, 2019.

For the reasons stated therein, the Motion is **GRANTED**. <u>Plaintiff shall file its Amended Complaint within five days of this Order</u>.

It is well settled that an amended pleading supersedes the original pleading, and that motions directed at superseded pleadings are to be denied as moot. <u>Young v. City of Mount Ranier</u>, 238 F. 3d 567, 573 (4th Cir. 2001) (amended pleading renders original pleading of no effect); <u>Turner v. Kight</u>, 192 F. Supp. 2d 391, 397 (D. Md. 2002) (denying as moot motion to dismiss original complaint on grounds that amended complaint superseded original complaint).

**IT IS THEREFORE FURTHER ORDERED** that "Defendants' Motion to Dismiss…" (document #9) is administratively **DENIED** as moot without prejudice.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: March 7, 2019

*David S. Cayer*
David S. Cayer
United States Magistrate Judge