## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:18-CV-00640-DSC

| | | |
|---|---|---|
| CENTRAL NATIONAL GOTTESMAN INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| NAKOS PAPER PRODUCTS INC., CHRISTOS L. NAKOS AND LAMBROS C. NAKOS, | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Compel Discovery Responses from Defendants" (document # 46) filed December 14, 2020 and the parties associated briefs and exhibits. See documents ## 47-48. The parties have consented to Magistrate Judge jurisdiction under 28 U.S.C. § 636(c) and the Motion is now ripe for the Court's consideration.

Plaintiff seeks an order compelling Defendants to provide complete responses to its discovery requests. Plaintiff argues that Defendants' responses are deficient because they have failed to produce all documents to include bank records.

The Court has carefully examined the record, the parties' arguments and the applicable authorities. For the reasons stated in Defendants' Response in Opposition, Plaintiff's Motion to Compel is DENIED.

**IT IS HEREBY ORDERED** that:

1. "Plaintiff's Motion to Compel Discovery Responses from Defendants" (document # 46) is **DENIED**.

2. The parties shall bear their own costs <u>at this time</u>.

3. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: January 12, 2021

David S. Cayer
United States Magistrate Judge