# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-640-DSC

| | |
|---|---|
| **CENTRAL NATIONAL GOTTESMAN INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **NAKOS PAPER PRODUCTS INC. AND CHRISTOS L. NAKOS,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court following its August 11, 2021 "Order," (document #61). In granting default judgment against Defendant Nakos Paper Products Inc., the Court ordered Defendant Nakos Paper Products Inc. to pay Plaintiff the reasonable attorneys' fees and costs incurred in obtaining that Order and directed that such amounts would be determined by the Court after reviewing an affidavit submitted by Plaintiff's counsel. Plaintiff's "Affidavit of Attorneys' Fees," (document #66) was filed on August 20, 2021. The Court has carefully reviewed the Affidavit and concludes that reasonable attorneys' fees and costs should be allowed in the amount of $1,902.70.

**NOW IT IS HEREBY ORDERED** that:

1. Judgment is ENTERED in favor of Plaintiff Central National Gottesman Inc. and against Defendant Nakos Paper Products Inc. in the amount of $1,902.70 representing the

reasonable attorneys' fees and costs incurred in obtaining default judgment against Defendant Nakos Paper Products Inc. (document #61).

**SO ORDERED**.

Signed: August 31, 2021

David S. Cayer
United States Magistrate Judge