# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Central National Gottesman Inc.<br><br>Plaintiff(s)<br><br>vs.<br><br>Nakos Paper Products, Inc. et al<br><br>Defendant(s). | JUDGMENT IN CASE<br><br>3:18-cv-00640-DSC |

DECISION BY COURT. This action having come before the Court by Bench Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 15, 2021 Order.

October 15, 2021

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court